Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: **1-800-858-6843**
Fax: **1-800-447-2498**
www.unum.com



September 26, 2024

MOREY CASE
12713 DEBORAH CIR
OMAHA, NE 68138

RE:   Case, Morey
      Claim Number:   24853398
      Plan Number:    471811
      Unum Life Insurance Company of America

This letter is a confirmation of your Short Term Disability approval.

You have my personal commitment to provide you with responsive and courteous service. I will keep you well informed about the status of your event.

### STD Snapshot

| | |
|---|---|
| **Claim Number**: 24853398 | **Last Day Worked**: July 15, 2024 |
| **Date of Disability**: July 16, 2024 | **Approved Thru Date**: August 04, 2024 |
| **Date Benefits Begin**: July 16, 2024 | **Weekly Benefit** All questions regarding your benefit payments should be directed to your employer. |

### How to Contact Us or Get Information About Your Absence

As a convenience, we offer a secure website at www.unum.com/claimant where you have the option to:

- Go paperless and receive all correspondence electronically;
- View the current status of your claim including outstanding information;
- Sign up for direct deposit; and
- Upload documentation or provide new information to help us evaluate your claim and return to work efforts.

You may also manage your claim with the Unum Customer App. The Unum Customer App is available for Apple and Android.

**EXHIBIT A**

Claimant Name: Case, Morey  
Claim Number: 24853398

September 26, 2024  
Page 2 of 2

In conjunction with our provision of services to you, you may receive a survey asking about your experience with Unum. Your thoughts and advice are critical drivers to our improvement, and we appreciate the opportunity to learn more about your experience.

We hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your absence, you can do so conveniently through your secure online account at www.unum.com/claimant.

After reviewing your online account, if you should have additional questions, please call me at 1-800-858-6843, extension 46296. If I am unavailable to answer your call directly, our experienced representatives are available to assist you from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday. We will identify your claim by your Social Security number or claim number, so please have one of these available when you call.

Sincerely,

*Rebecka*

Rebecka  
Life Event Specialist

CC:          benefits.na@Syngenta.com (without enclosures)

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: **1-800-858-6843**
Fax: **1-800-447-2498**
www.unum.com



September 26, 2024

MOREY CASE
12713 DEBORAH CIR
OMAHA, NE 68138

RE:  Case, Morey
     Claim Number:    24853398
     Plan Number:     471811
     Unum Life Insurance Company of America

This letter is a confirmation of your Short Term Disability approval.

You have my personal commitment to provide you with responsive and courteous service. I will keep you well informed about the status of your event.

### STD Snapshot

| | |
|---|---|
| **Claim Number**: 24853398 | **Last Day Worked**: July 15, 2024 |
| **Date of Disability**: July 16, 2024 | **Approved Thru Date**: August 04, 2024 |
| **Date Benefits Begin**: July 16, 2024 | **Weekly Benefit** All questions regarding your benefit payments should be directed to your employer. |

### How to Contact Us or Get Information About Your Absence

As a convenience, we offer a secure website at www.unum.com/claimant where you have the option to:

- Go paperless and receive all correspondence electronically;
- View the current status of your claim including outstanding information;
- Sign up for direct deposit; and
- Upload documentation or provide new information to help us evaluate your claim and return to work efforts.

You may also manage your claim with the Unum Customer App. The Unum Customer App is available for Apple and Android.

Claimant Name: Case, Morey  
Claim Number: 24853398

September 26, 2024  
Page 2 of 2

In conjunction with our provision of services to you, you may receive a survey asking about your experience with Unum. Your thoughts and advice are critical drivers to our improvement, and we appreciate the opportunity to learn more about your experience.

We hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your absence, you can do so conveniently through your secure online account at www.unum.com/claimant.

After reviewing your online account, if you should have additional questions, please call me at 1-800-858-6843, extension 46296. If I am unavailable to answer your call directly, our experienced representatives are available to assist you from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday. We will identify your claim by your Social Security number or claim number, so please have one of these available when you call.

Sincerely,

*Rebecka*

Rebecka  
Life Event Specialist

CC:             benefits.na@Syngenta.com (without enclosures)



# RELEASE FORM

**Patient: Case, Morey**
**DOB:8/4/1979**

**May return to work/school: 7/22/2024**

**Note to Employer/School Official:**
The patient named above was seen in our Emergency Department yesterday.

**Signature: H. Esser RN for Dr E. Neesen**

**Date: 7/17/2024**

Person Full Name CASE, MOREY A    MRN (Encounter Alias) 44767    Date of Birth 8/4/1979
1 of 2